**ROLEX WATCH U.S.A., INC.,**
**Plaintiff–Appellee,**

v.

**Jaime E. VIRTUCIO (doing business aswww.radicalreplicas.com),**
**Defendant–Appellant.**

No. 2009–1272.

United States Court of Appeals,
Federal Circuit.

June 5, 2009.

Jaime E. Virtucio, Bloomfield, NJ, pro se.

Russell S. Burnside, Greenberg Dauber Epstein, Newark, NJ, for Plaintiff–Appellee.

ON MOTION

*ORDER*

The court treats the notice of withdrawal, filed by Jaime E. Virtucio and transmitted to this court by the United States District Court for the District of Columbia, as a motion to voluntarily dismiss this appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) This appeal is dismissed.

(2) Each side shall bear its own costs.